SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
*mburns@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Steven A. Erkel (SBN 299263)
*serkel@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:     (916) 558-4839

*Attorneys for Defendants*
HARDWOODS SPECIALTY PRODUCTS US LP,
MANUEL LAVRADOR and TIM CLAUSEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JENSEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARDWOODS SPECIALTY PRODUCTS US LP, MANUAL LAVRADOR, individually, TIM CLAUSEN, individually, Does 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00762- MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' NON-OPPOSITION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Date Action Filed: March 25, 2022 |

THIS MATTER comes before the Court upon Defendants, Hardwoods Specialty Products US LP's, Manual Lavrador's, and Tim Clausen's (collectively, the "Defendants") Non-Opposition to Extend the Deadline for Defendants to Respond to Plaintiff's Motion for Remand (the "Motion"). Upon consideration of the Motion, and the Court being otherwise fully advised, and good cause having been found, it is ORDERED and ADJUDGED as follows:

1. The Unopposed Motion is hereby GRANTED;
2. Defendants shall have until July 1, 2022 to file their Opposition to Plaintiff's Motion for Remand.

IT IS SO ORDERED.

Dated:  July 1, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE