SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
*mburns@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Steven A. Erkel (SBN 299263)
*serkel@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

*Attorneys for Defendants*
HARDWOODS SPECIALTY PRODUCTS US LP,
MANUEL LAVRADOR and TIM CLAUSEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JENSEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARDWOODS SPECIALTY PRODUCTS US LP, MANUAL LAVRADOR, individually, TIM CLAUSEN, individually, Does 1 through 100, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00762-MCE-AC<br><br>[*Assigned for all purposes to Hon. Morrison C. England, Jr.*]<br><br>**THE PARTIES' STIPULATION TO EXTEND THE DISCOVERY PERIOD BY SIX MONTHS**<br><br>Date Action Filed: March 25, 2022 |

1

THE PARTIES' JOINT STIPULATION

93652992v.1

John Jensen ("Plaintiff") and Hardwoods Specialty Products US LP, Manual Lavrador, and Tim Clausen (the "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows;

WHEREAS, on March 25, 2022, Plaintiff filed the above-entitled action in Sacramento Superior Court;

WHEREAS, on May 5, 2022, Defendants removed the above-entitled action to the U.S. District Court for the Eastern District of California;

WHEREAS, on June 1, 2022, this Court set a deadline for the Parties to complete discovery by May 5, 2023;

WHEREAS, the Parties have engaged in good faith discovery since that time, including exchanging initial disclosures, producing over 400 pages of documents, Plaintiff responding to Hardwoods' First Set of Special Interrogatories, among other things;

WHEREAS, the Parties are currently scheduling depositions and continuing their factual investigations into this matter;

WHEREAS, the Parties have met and conferred and agreed that an additional six (6) months is needed for them to prosecute and defend sufficiently their cases;

WHEREAS, the Parties' request for the discovery period to be extended will not affect any court deadline or trial date, which has not been set.

**IT IS HEREBY STIPULATED BY THE PARTIES:**

1. That the discovery period is extended from May 5, 2023 to October 5, 2023.

| | |
|---|---|
| DATED: April 3, 2023 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>By: /s/ Steven A. Erkel<br>    Michael J. Burns<br>    Steven A. Erkel<br><br>Attorneys for Defendants<br>HARDWOODS SPECIALTY PRODUCTS US LP, MANUEL LAVRADOR and TIM CLAUSEN |
| DATED:  April 3, 2023 | LAW OFFICE OF JEFFREY D. FULTON<br><br>By: */s/ Jeff Fulton* (as authorized on April 3, 2023)<br>    Jeff Fulton<br><br>Attorneys for Plaintiff |

THE PARTIES' JOINT STIPULATION

93652992v.1

**ORDER**

Based upon the Parties' Joint Stipulation to Extend the Discovery Period by Six Months and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The discovery period for this action shall be extended from May 5, 2023 to October 5, 2023.

IT IS SO ORDERED.

Dated: April 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE