# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JENSEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARDWOODS SPECIALTY PRODUCTS US LP, MANUAL LAVRADOR, individually, TIM CLAUSEN, individually, Does 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00762-MCE-AC<br><br>[*Assigned for all purposes to Hon. Morrison C. England, Jr.*]<br><br>**ORDER RE: STIPULATION TO EXTEND THE DISCOVERY PERIOD BY SIXTY DAYS**<br><br>Date Action Filed: March 25, 2022 |

## **ORDER**

Based upon the Parties' Joint Stipulation to Extend the Discovery Period by Sixty Days and good cause having been shown, IT IS HEREBY ORDERED THAT:

1.　The discovery period for this action shall be extended from October 5, 2023 to December 4, 2023.

IT IS SO ORDERED.

Dated: September 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE