SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
*mburns@seyfarth.com*
Sean P. Piers (SBN 305607)
*spiers@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

*Attorneys for Defendants*
HARDWOODS SPECIALTY PRODUCTS US LP,
MANUEL LAVRADOR and TIM CLAUSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JENSEN,<br><br>       Plaintiff,<br><br>    v.<br><br>HARDWOODS SPECIALTY PRODUCTS US LP, MANUAL LAVRADOR, individually, TIM CLAUSEN, individually, Does 1 through 100, Inclusive,<br><br>       Defendants. | Case No. 2:22-cv-00762-MCE-AC<br><br>[*Assigned for all purposes to Hon. Morrison C. England, Jr.*]<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Date Action Filed:  March 25, 2022 |

**ORDER**

Based upon the Parties' Joint Stipulation to Extend Deadline to file Motion for Summary Judgment by Sixty Days and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Motion for Summary Judgment filing deadline for this action shall be extended from May 31, 2024, to July 30, 2024.

**IT IS SO ORDERED.**

Dated:  April 17, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE