FULTON LAW CORPORATION
Jeffrey D. Fulton (Bar No. 206466)
3721 Douglas Blvd., Suite 240
Roseville, CA 95661
Telephone: (916) 993-4900
Facsimile: (916) 441-5575
E-Mail: JFulton@JFultonLaw.com

Attorneys for Plaintiff JOHN JENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JENSEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARDWOODS SPECIALTY PRODUCTS US LP, MANUEL LAVRADOR, individually TIM CLAUSEN, individually, and Does 1 through 100, Inclusive<br><br>　　　　　Defendants. | Case No: 2:22-cv-00762-MCE-AC<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND ORDER<br><br>Judge: Morrison C. England, Jr<br><br>Complaint Filed: March 25, 2022<br>Case Removed: May 5, 2022<br>Trial Date: Not Set |

Subject to Court approval, Plaintiff JOHN JENSEN ("Plaintiff") and Defendants HARDWOODS SPECIALTY PRODUCTS US LP, MANUAL LAVRADOR, individually, TIM CLAUSEN, individually, and Does 1 through 100, Inclusive, ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

1. The individual claims of Plaintiff against Defendants, and each of them, shall be dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. Rules 41(a)(1) and (2).

2. Except as otherwise agreed upon, each Party shall bear their own costs and attorneys' fees.

3. Plaintiff and Defendants hereby jointly stipulate and request, in consideration of a negotiated settlement executed by them, to dismiss with prejudice the above-captioned action.

IT IS SO STIPULATED

DATE: JUNE 18, 2024                    **SEYFARTH SHAW LLP**

By: /s/  Sean P. Piers (authorized on 6/18/24)
    Michael J. Burns
    Sean P. Piers
    Attorneys for Defendants
    HARDWOODS SPECIALTY PRODUCTS
    US LP, MANUEL LAVRADOR and TIM
    CLAUSEN

DATE: JUNE 18, 2024                    **FULTON LAW CORPORATION**

By: /s/  Jeffrey D. Fulton
    Jeffrey D. Fulton
    Attorneys for Plaintiff
    JOHN JENSEN

### **ORDER**

Pursuant to the Parties' stipulation and good cause shown, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 21, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE